Date: 03/07/11        DIVIDENDS REMITTED TO THE COURT     *153013*     Page:

*CK# 1003*

Case Number 10-17166 - ZELENAK, DEBORAH M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | 000001 | 768.01 | 4.02 |
| ---------- Remittance Total --------------- | | 768.01 | 4.02 |

*[signature]*
MARY ANN RABIN, Trustee

FILED 2011 MAR -9 PM 12:41 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND